# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JAMES C. CARR, JR.,**

    Petitioner(s),

                              **CASE NO. 3:10-cv-245**

**-vs-**

                              District Judge Timothy S. Black
                              Magistrate Judge Michael R. Merz

**WARDEN, SOUTHERN OHIO**
**CORRECTIONAL FACILITY,**

    Respondent(s).

## JUDGMENT IN A CIVIL CASE

    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED THAT** the Report and Recommendations (Doc # 21) is **ADOPTED** in its entirety. The Petition for Writ of Habeas Corpus (Doc #2) is **DISMISSED WITH PREJUDICE**. No certificate of appealability shall issue, and leave to file *in forma pauperis* is **DENIED**; and the case is **TERMINATED** on the docket of the Court.

Date:  June 14, 2011                                            **JAMES BONINI, CLERK**

                                                                By: s/ M. Rogers
                                                                Deputy Clerk